UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHNSON, | No. 2:12-cv-2922 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| E. SANDY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motions to compel, ECF Nos. 34, 54, which have been opposed by defendants. In opposition to the motion at ECF No. 54, defendants Cruzen, Cobian, Lavagnino and Lavergne make reference to privilege logs that were provided to plaintiff with certain of their discovery responses, i.e., Set One, Response to Request for Production (RFP) No. 24 (propounded upon defendants Cobian, Cruzen, Lavagnino, and Lavergne) and Set Two, Response to RFP No. 15 (propounded upon defendants Austin, Cobian, Cruzen, Destafano, Hutcheson, Lahey, Lavagnino, Lavergne, Shadday and Swarthout). These privilege logs were not provided to the court with defendants' opposition.

////

////

////

Accordingly, IT IS ORDERED that defendants must file, no later than September 2, 2014, the above-referenced privilege logs and any other privilege log(s) relied on in response to those discovery requests that are at issue.

DATED: August 27, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE