UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. SANDY, et al.,<br><br>　　　　Defendant. | No.  2:12-cv-2922 JAM AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Currently before the court is defendants' request to file documents under seal.  ECF No. 162.

By order filed February 9, 2016, defendants Austin, Cobian, Destafano, Hutcheson, Lahey, Lavagnino, Lavergne, Shadday, Swarthout, and Cruzen were required to provide plaintiff an opportunity to review certain sensitive discovery documents and to file those documents under seal within seven days of plaintiff's review.  ECF No. 160.  Defendants now seek to file those documents under seal.  ECF No. 162.  Because the court already ordered the documents filed under seal (ECF No. 160), it was not necessary for defendants to file this motion.  Nevertheless, the motion will be granted, and defendants shall submit the discovery documents Bates numbered pages 28-34, 36-42, and 46-51 to the Clerk of the Court for filing under seal in compliance with Local Rule 141(e)(2)(i).  Additionally, since the outstanding discovery issues have now been

resolved, the court will also set a deadline for defendants to re-submit their motions for summary judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to file under seal (ECF No. 162) is granted and defendants shall submit the discovery documents Bates numbered pages 28-34, 36-42, and 46-51 to the Clerk of the Court for filing under seal in compliance with Local Rule 141(e)(2)(i).

2. Defendants shall re-file and re-serve their original motions for summary judgment with an updated certificate of service within seven days of the filing of this order. In accordance with Local Rule 230(l), plaintiff's response to each motion shall be filed within twenty-one days after service of the motion. Defendants may reply within seven days after the response has been filed in CM/ECF.

DATED: March 14, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2