UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>E. SANDY, et al.,<br><br>    Defendants. | Case No.: 2:12-cv-002922-JAM-AC (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR TRANSFER OF SETTLEMENT CONFERENCE<br><br>[ECF No. 195] |

Plaintiff Joseph Johnson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case is currently set for settlement conference before the undersigned on June 9, 2017, at the California State Prison, Corcoran ("CSP-Corcoran").

On May 30, 2017 Plaintiff filed a request to transfer the location of the settlement conference to California Men's Colony East, where he is currently housed. Plaintiff asserts that the settlement conference will interfere with his mental health programs and certain educational testing. He further asserts that he was housed at CSP-Corcoran and is mistrustful of the correctional staff at that facility.

Plaintiff's vague assertions concerning the staff of CSP-Corcoran are speculative, and will not be entertained by the Court.

The Court is sympathetic to Plaintiff's other concerns regarding disruption of his mental health treatments and educational programming. However, Plaintiff's request for a change in location cannot be reasonably accommodated. The date, time and location of this settlement conference were

1

determined based on the locations and availability of the parties, counsel, and the Court. At this date, preparations are already underway, and changing the location of the conference is not in the interests of justice, the parties, sound case management, or judicial economy. Plaintiff is reminded that it is his responsibility to prosecute this matter, and future proceedings in this action may likely require a disruption of his normal routines and schedule.

The Court has previously found that settlement conferences, where the parties are adequately prepared and open to reasonable negotiations, can lead to the agreed resolutions of cases without the need for further litigation, time and expense. If Plaintiff chooses not to participate in the conference set in this matter due to the required transfer to CSP-Corcoran, he should inform the Court immediately so that no further resources are wasted.

Accordingly, Plaintiff's request to transfer the settlement conference, filed May 30, 2017 (ECF No. 195) is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **May 31, 2017**

UNITED STATES MAGISTRATE JUDGE