UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHNSON,<br><br>               Plaintiff,<br><br>    v.<br><br>E. SANDY, et al.,<br><br>               Defendants. | No. 2:12-cv-2922 JAM AC P<br><br>ORDER |

       This case is currently set for a settlement conference on June 9, 2017, at 8:30 a.m. ECF No. 191. However, the parties have notified the court that settlement agreements have been reached between plaintiff and all defendants and they have filed stipulations of voluntary dismissal with prejudice. ECF Nos. 199, 200, 202, 203.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The June 9, 2017 settlement conference is vacated.

       2. The order and writ of habeas corpus ad testificandum issued May 10, 2017, and served on the Warden of California Men's Colony (ECF No. 192) is vacated.

////

////

////

////

3. The Clerk of the Court is directed to fax a courtesy copy of this order to the Litigation Coordinator at California Men's Colony at (805) 547-7791.

4. This action is dismissed with prejudice and all pending matters are vacated.

DATED: June 6, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE